Pete King, *pro se,* Claude King, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29299. SIRMANS v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 25, 1974.

James P. Sirmans, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29290. SMITH v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Ingram, J., who dissents. Gunter, J., concurs in the judgment only.*

DECIDED OCTOBER 29, 1974.

Joe Lewis Smith, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29109. SWINT v. THE STATE.

The trial court did not err in remanding the appellant to custody.